UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAISHA MARTY-HERNANDEZ, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,<br><br>         Plaintiff,<br><br>  -against-<br><br>SMILE NEW YORK OUTREACH, LLC, DYNAMIC HR SERVICES LLC, and ERIK LAZAR,<br><br>         Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 23-cv-04637 |

**PLEASE TAKE NOTICE** that the undersigned attorney, admitted to the practice of law before the Courts of the State of New York and this District, and a registered attorney in the CM/ECF system of the Eastern District of New York, hereby enters an appearance on behalf of the **Defendant Smile New York Outreach, LLC**.

Dated: July 25, 2023

              **NIXON PEABODY LLP**

              _____
              *By*: Vincent E. Polsinelli, Esq.

              677 Broadway, 10th Floor
              Albany, New York 12207
              Tel.: (518) 427-2650
              Email: vpolsinelli@nixonpeabody.com

              *Attorneys for Defendant Smile New York Outreach, LLC*