UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAISHA MARTY-HERNANDEZ, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,<br><br>         Plaintiff,<br><br>-against-<br><br>SMILE NEW YORK OUTREACH, LLC, DYNAMIC HR SERVICES LLC, and ERIK LAZAR,<br><br>         Defendants. | **STIPULATION ACCEPTING SERVICE AND EXTENDING DEFENDANTS' TIME TO RESPOND**<br><br>Case No. 23-cv-04637 |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned parties that Nixon Peabody LLP, as counsel for Defendant Dr. Erik Lazar ("Lazar"), accepts service of the Summons and Complaint on behalf of Defendant Lazar, and it is further,

**STIPULATED AND AGREED** that the deadline for Defendants Smile New York Outreach, LLC and Lazar to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended to and including September 29, 2023.

Dated: August 23, 2023

| **LEVIN-EPSTEIN & ASSOCIATES, P.C.** | **NIXON PEABODY LLP** |
|---|---|
|  /s/ *Jason Mizrahi* |  /s/ *Vincent E. Polsinelli* |
| *By:* Jason Mizrahi, Esq. | *By*: Vincent E. Polsinelli, Esq. |
| 60 East 42nd Street, Suite 4700<br>New York, New York 10165<br>Tel.: (212) 792-0046<br>Email: jason@levinepstein.com | 677 Broadway, 10th Floor<br>Albany, New York 12207<br>Tel.: (518) 427-2650<br>Email: vpolsinelli@nixonpeabody.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Smile New York Outreach, LLC and Dr. Erik Lazar* |

4865-7384-9722.1