D/F

## CIVIL CAUSE FOR CONFERENCE:

BEFORE: Ross, J.　　　DATE: October 12, 2023　　　TIME: 4:00 PM – 4:30 PM

DOCKET NO.: 23-cv-4637

TITLE: Marty-Hernandez v. Smile New York Outreach, LLC et al

PLTFFS ATTY: Jason Mizrahi

　　　__X__ present　　　_____ not present

DEFTS ATTY: Vincent E. Polsinelli (Def. Smile New York Outreach, LLC and Def. Erik Lazar)

　　　__X__ present　　　_____ not present

COURT REPORTER: Rivka Teich

COURTROOM DEPUTY: DEL

OTHER:

__X__ CASE CALLED

_____ Conf. Adj'd to

DOCKET REPORT:

Discussion of pre-motion letters in anticipation of motion to dismiss brought by defendants Smile New York Outreach, LLC and Dr. Eric Lazar. Set tentative dates for additional filings dependent upon defendants' decision on how to proceed.